# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
**United States District Court**
**Southern District of New York**

| | | | |
|---|---|---|---|
| Mag. Dkt. No. | 20 MAG 1316 | Date | 2/5/2020 |
| USAO No. | 20R00284 | | |

The Government respectfully requests the Court to dismiss without prejudice the

☐ Complaint    ☐ Removal Proceedings in

*United States v.*    LAZARO FRANCISCO ESCALERA COLON

The Complaint/Rule 40 Affidavit was filed on

*U.S. Marshals please withdraw warrant*

SHEB SWETT
ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE:    7/17/20

Robert W. Lehrburger
UNITED STATES MAGISTRATE JUDGE